United States District Court
Southern District of Texas
**ENTERED**
August 09, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CAMERON DENNIS, § § Plaintiff, § VS. § MOODY GARDENS, INC., *et al*, § § Defendants. § § § § | CIVIL ACTION NO. 3:17-CV-006 |

## FINAL DISMISSAL ORDER

Before the Court is the parties' Joint Motion to Dismiss with Prejudice. Dkt. 67. Upon consideration of the motion and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

It is hereby **ORDERED** that any and all claims, causes of action, and requests for affirmative relief asserted or requested by Plaintiff against Defendants are hereby **DISMISSED WITH PREJUDICE**.

Each side shall bear its own costs.

All pending motions are hereby **DENIED as moot.**

This is a **Final Judgment**.

SIGNED at Galveston, Texas, this 9th day of August, 2018.

_____
George C. Hanks Jr.
United States District Judge